PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
MATTHEW P. DE MOURA
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**
Oct 06, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE JAIME MAGANA,<br>  aka "Jefe,"<br>ADRIAN TRUJILLO,<br>KEVIN MOECKLY, and<br>DAVE GUADALUPE LOPEZ,<br><br>  Defendants. | CASE NO. 2:22-cr-0204 WBS<br><br>ORDER TO SEAL |

The Court hereby orders that the Indictment, the Petition of Assistant United States Attorney Robert C. Abendroth to Seal Indictment, and this Order, in the above-referenced case, shall be sealed until the arrest of the defendants or until further order of the Court.

Dated: October 6, 2022

Kendall J. Newman, United States Magistrate Judge
KENDALL J. NEWMAN
United States Magistrate Judge

ORDER TO SEAL

1