PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                          Plaintiff,<br><br>       v.<br><br>JOSE JAIME MAGANA, AND<br>DAVE GUADALUPE LOPEZ.<br>                          Defendants. | CASE NO. 2:22-CR-00204-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: December 19, 2022<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.     By previous order, this matter was set for status on December 19, 2022.

2.     By this stipulation, defendants now move to continue the status conference until March 27, 2023 at 9:00 a.m., and to exclude time between December 19, 2022, and March 27, 2023, under Local Code T4.

3.     The parties agree and stipulate, and request that the Court find the following:

       a)     The government has represented that it is still in the process of redacting, logging, and organizing discovery associated with this case, which will be tendered in the coming days. This material includes bank statements, recorded phone calls, videos of controlled purchases, documents subpoenaed by the Grand Jury, records related to the seizure of controlled substances, and forensic images of electronic devices. In addition, there are two co-defendants who are in the process of being transferred from state custody to the custody of the Federal law enforcement

for initial appearances on the indictment.

  b) Counsel for defendants desire additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

  c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

  d) The government does not object to the continuance.

  e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

  f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of December 19, 2022 to March 27, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONDTINUED ON NEXT PAGE]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: December 12, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ ROBERT C. ABENDROTH
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: December 12, 2022

/s/ CHRISTOPHER RICHARD COSCA
CHRISTOPHER RICHARD COSCA
Counsel for Defendant
JOSE JAIME MAGANA

Dated: December 12, 2022

/s/ TASHA PARIS CHALFANT
TASHA PARIS CHALFANT
Counsel for Defendant
DAVE GUADALUPE LOPEZ

## ORDER

IT IS SO FOUND AND ORDERED.

Dated: December 13, 2022

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE