PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE JAIME MAGANA,<br>ADRIAN TRUJILLO,<br>KEVIN MOECKLY, AND<br>DAVE GUADALUPE LOPEZ.<br>                              Defendants. | CASE NO. 2:22-CR-00204-WBS<br><br>STIPULATION REGARDING EXCLUDABLE<br>TIME PERIODS UNDER SPEEDY TRIAL ACT;<br>AND ORDER<br><br>DATE: March 27, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1.      By previous order, this matter was set for status on March 27, 2023.

2.      By this stipulation, defendants now move to continue the status conference until June 5, 2023 at 9:00 a.m., and to exclude time between March 27, 2023, and June 5, 2023, under Local Code T4.

3.      The parties agree and stipulate, and request that the Court find the following:

        a)      The government recently tendered discovery. This material includes recorded phone calls, videos of controlled purchases, documents subpoenaed by the Grand Jury, records related to the seizure of controlled substances, and forensic images of electronic devices. Additionally, there are bank statements which have previously been made available for inspection, but copies will be produced in discovery pursuant to the Court's protective order

1  entered on March 1, 2023.

2        b)      Counsel for defendants desire additional time to review the discovery materials

3  and charges, conduct investigation, conduct research related to the charges, to assess the viability

4  of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their

5  clients.

6        c)      Counsel for defendants believe that failure to grant the above-requested

7  continuance would deny them the reasonable time necessary for effective preparation, taking into

8  account the exercise of due diligence.

9        d)      The government does not object to the continuance.

10        e)      Based on the above-stated findings, the ends of justice served by continuing the

11  case as requested outweigh the interest of the public and the defendants in a trial within the

12  original date prescribed by the Speedy Trial Act.

13        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

14  *et seq.*, within which trial must commence, the time period of March 27, 2023 to June 5, 2023,

15  inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4]

16  because it results from a continuance granted by the Court at defendant's request on the basis of

17  the Court's finding that the ends of justice served by taking such action outweigh the best interest

18  of the public and the defendant in a speedy trial.

19                 **[CONDTINUED ON NEXT PAGE]**

20

21

22

23

24

25

26

27

28

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2    Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3    must commence.

4        IT IS SO STIPULATED.

Dated:  March 20, 2023           PHILLIP A. TALBERT
                      United States Attorney

                      */s/ ROBERT C. ABENDROTH*
                      ROBERT C. ABENDROTH
                      Assistant United States Attorney

Dated:  March 20, 2023           */s/ CHRISTOPHER RICHARD COSCA*
                      CHRISTOPHER RICHARD COSCA
                      Counsel for Defendant
                      JOSE JAIME MAGANA

Dated:  March 20, 2023           */s/ OLAF WILLIAM HEDBERG*
                      OLAF WILLIAM HEDBERG
                      Counsel for Defendant
                      ADRIAN TRUJILLO

Dated:  March 20, 2023           */s/ CLEMENTE M. JIMENEZ*
                      CLEMENTE M. JIMENEZ
                      Counsel for Defendant
                      KEVIN MOECKLY

Dated:  March 20, 2023           */s/ TASHA PARIS CHALFANT*
                      TASHA PARIS CHALFANT
                      Counsel for Defendant
                      DAVE GUADALUPE LOPEZ

### ORDER

    IT IS SO FOUND AND ORDERED .

Dated:  March 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

3