PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE JAIME MAGANA,<br>ADRIAN TRUJILLO, AND<br>DAVE GUADALUPE LOPEZ.<br>            Defendants. | CASE NO.  2:22-CR-00204-WBS<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER<br><br>DATE: June 5, 2023<br>TIME: 9:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

1. By previous order, this matter was set for status on June 5, 2023.

2. By this stipulation, defendants now move to continue the status conference until **August 28, 2023 at 9:00 a.m**., and to exclude time between June 5, 2023, and August 28, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

    a) The government recently tendered supplemental discovery pursuant to a protective order. This material includes documents subpoenaed by the Grand Jury and subject to the Court's Protective Order.

    b) Counsel for defendants desire additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability

of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

   c)  Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d)  The government does not object to the continuance.

   e)  Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f)  For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of June 5, 2023 to August 28, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONDTINUED ON NEXT PAGE]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: May 31, 2023                    PHILLIP A. TALBERT
                                       United States Attorney


                                       /s/ ROBERT C. ABENDROTH
                                       ROBERT C. ABENDROTH
                                       Assistant United States Attorney


Dated: May 31, 2023                    /s/ CHRISTOPHER RICHARD COSCA
                                       CHRISTOPHER RICHARD COSCA
                                       Counsel for Defendant
                                       JOSE JAIME MAGANA

Dated: May 31, 2023                    /s/ TODD DAVID LERAS
                                       TODD DAVID LERAS
                                       Counsel for Defendant
                                       ADRIAN TRUJILLO

Dated: May 31, 2023                    /s/ TASHA PARIS CHALFANT
                                       TASHA PARIS CHALFANT
                                       Counsel for Defendant
                                       DAVE GUADALUPE LOPEZ


**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: May 31, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE