PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00204-WBS |
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JOSE JAIME MAGANA, ADRIAN TRUJILLO, AND DAVE GUADALUPE LOPEZ. | DATE: August 28, 2023 TIME: 9:00 a.m. COURT: Hon. William B. Shubb |
| Defendants. | |

**STIPULATION**

1. By previous order, this matter was set for status on August 28, 2023.

2. By this stipulation, defendants now move to continue the status conference until November 6, 2023, at 9:00 am, and to exclude time between August 28, 2023, and November 6, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government recently tendered supplemental discovery pursuant to a protective order. This material includes documents subpoenaed by the Grand Jury and subject to the Court's Protective Order.

   b) Counsel for defendants desire additional time to review the discovery materials and charges, conduct investigation, conduct research related to the charges, to assess the viability

of any pretrial motions, and arrange for in-person visits to discuss potential resolutions with their clients.

   c) Counsel for defendants believe that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   d) The government does not object to the continuance.

   e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq*., within which trial must commence, the time period of August 28, 2023 to November 6, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONDTINUED ON NEXT PAGE]**

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 22, 2023  PHILLIP A. TALBERT
United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: August 22, 2023  */s/ CHRISTOPHER RICHARD COSCA*
CHRISTOPHER RICHARD COSCA
Counsel for Defendant
JOSE JAIME MAGANA

Dated: August 22, 2023  */s/ TODD DAVID LERAS*
TODD DAVID LERAS
Counsel for Defendant
ADRIAN TRUJILLO

Dated: August 22, 2023  */s/ TASHA PARIS CHALFANT*
TASHA PARIS CHALFANT
Counsel for Defendant
DAVE GUADALUPE LOPEZ

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 23, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE