PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:22-CR-00204-DAD-1 |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; AND ORDER |
| v. | |
| JOSE JAIME MAGANA, | DATE: November 6, 2023 |
| Defendant. | TIME: 9:30 a.m. |
| | COURT: Hon. Dale A. Drozd |

**STIPULATION**

1. By previous order, this matter was set for a change of plea on November 6, 2023.

2. By this stipulation, defendants now move to continue the change of plea until November 14, 2023, and to exclude time between November 6, 2023, and November 14, 2023, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government and the defendant reached a plea agreement. Due to an issue the Court noticed regarding the plea agreement, the parties intend to submit a revised plea agreement along with a one-count information. The government will require time to draft the agreement and information, and the defense will require time to review the revised agreement.

b) Counsel for the government and defense request additional time to execute the revised agreement in anticipation of a change of plea hearing on November 14, 2023

c) Counsel for the defendant believes that failure to grant the above-requested continuance would deny them the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, within which trial must commence, the time period of November 6, 2023 to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

**[CONDTINUED ON NEXT PAGE]**

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: November 6, 2023

PHILLIP A. TALBERT
United States Attorney

*/s/ ROBERT C. ABENDROTH*
ROBERT C. ABENDROTH
Assistant United States Attorney

Dated: November 6, 2023

*/s/ CHRISTOPHER RICHARD COSCA*
CHRISTOPHER RICHARD COSCA
Counsel for Defendant
JOSE JAIME MAGANA

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing the change of plea hearing as to defendant Magana is continued from November 6, 2023 to November 14, 2023 at 9:30 a.m. before the undersigned. The time period from November 6, 2023 to November 14, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), (B)(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: **November 6, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE