PHILLIP A. TALBERT
United States Attorney
ROBERT C. ABENDROTH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:   (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br><br>                    v.<br><br>JOSE JAIME VARGAS MAGANA, SR.<br>                              Defendant. | CASE NO.  2:22-CR-00204-DAD-1<br><br>STIPULATION TO CONTINUE SENTENCING AND ORDER<br><br>DATE: February 20, 2024,<br>TIME: 9:30 a.m.<br>COURT: Hon. Dale A. Drozd |

**STIPULATION**

1.      Following the defendant's entry of a guilty plea on November 14, 2023, this matter was set for sentencing on February 20, 2024, before the honorable Judge Dale A. Drozd.  At this time, a draft of the pre-sentence investigation report has not been submitted.  Moreover, the parties have been informed that the office of probation has requested additional time to prepare a draft pre-sentence investigation report.

2.      By this stipulation, the parties now move to continue the sentencing until March 26, 2024 at 9:30 a.m.

3.      The parties propose the following schedule:

Plea Date: 11/14/2023

Sentencing Date: 03/19/2024 at 9:30 AM

 Reply Date: 03/12/2024

Correction Date: 03/05/2024

Report Date: 02/27/2024

Objection Date: 02/19/2024

Proposed Date: 02/12/2024

    4.    The parties request the Court reschedule the sentencing in this matter and set the above listed disclosure dates.

    IT IS SO STIPULATED.

Dated:  February 5, 2024                PHILLIP A. TALBERT
                                United States Attorney

                                */s/ ROBERT C. ABENDROTH*
                                ROBERT C. ABENDROTH
                                Assistant United States Attorney

Dated:  February 5, 2024           */s/ CHRISTOPHER RICHARD COSCA*
                                CHRISTOPHER RICHARD COSCA
                                Counsel for Defendant
                                JOSE JAIME VARGAS MAGANA, SR.

## ORDER

    Pursuant to the stipulation of the parties and good cause appearing, the sentencing hearing in this case is continued from February 20, 2024, to March 19, 2024, at 9:30 a.m.   The parties' proposed schedule is also adopted.

    IT IS SO ORDERED.

Dated:   **February 12, 2024**                       
                                DALE A. DROZD
                                 UNITED STATES DISTRICT JUDGE