COSCA LAW CORPORATION
CHRIS COSCA (SBN 144546)
1007 7th Street, Suite 210
Sacramento, CA 95814
(916) 440-1010

Attorney for Defendant
JOSE JAIME MAGANA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JOSE JAIME MAGANA,<br><br>            Defendant. | 2:22-CR-204-DAD<br><br>STIPULATION AND [PROPOSED] ORDER FOR DEFENDANT'S TEMPORARY RELEASE TO VISIT DYING BROTHER |

**STIPULATION**

The parties to this action, Plaintiff United States of America by and through Assistant United States Attorney Robert Abendroth, and Defendant by and through his attorney Chris Cosca, provide this unopposed defense request for defendant's temporary release to visit his dying brother. The request is for an Order granting Mr. Magana's temporary release from the Yuba County Jail on Thursday, February 29, 2024, between 8:00 a.m. and 9:00 a.m., and to return to the jail no later than 3:00 p.m. Defendant Jose Jaime Magana is very close to his brother, Jose Cruz Magana, who is presently on life support in the intensive care unit of Woodland Memorial Hospital in Woodland, California. Jose Cruz Magana is not expected to live many more days. This situation represents an emotional loss to Defendant and his family with many group decisions to be made. This request is

1

USA v. Magana, Stipulation and ~~Proposed~~ Order For Temporary Release

made pursuant to pursuant to 18 U.S.C. § 3142(i).

Mr. Magana is pending sentencing, and the government does not oppose this request for an Order allowing Mr. Magana to be temporarily released from the Yuba County Jail to the custody of licensed private investigator Max Herrera on February 29, 2024, between 8:00 a.m. and 9:00 a.m. and return to the jail no later than 3:00 p.m. Mr. Magana's activity will be limited to traveling from the Yuba County Jail to Woodland Memorial Hospital, 1325 Cottonwood Street, Woodland, California 95695. Investigator Max Herrera will escort and remain with Mr. Magana at all times until his return to the Yuba County Jail.

**IT IS SO STIPULATED.**

DATED: February 27, 2024  /s/ Robert Abendroth
ROBERT ABENDROTH
Assistant United States Attorney

DATED: February 27, 2024  /s/ Chris Cosca
CHRIS COSCA
Counsel for Defendant
JOSE JAIME MAGANA

## ORDER FOR TEMPORARY RELEASE

Based on the representations and stipulation of the parties, and good cause appearing, the Court orders the following:

1. JOSE JAIME MAGANA, Booking No. 268892, shall be released from the Yuba County Jail for a "Temporary Out" on February 29, 2024, between 8:00 a.m. and 9:00 a.m., to the temporary custody of Investigator Max Herrera, who has agreed to function as third-party custodian.

2. Upon temporary release, Mr. Magana shall remain with the third-party custodian while traveling from the Yuba County Jail to visit his brother, Jose Cruz Magana, at Woodland Memorial Hospital, 1325 Cottonwood Street, Woodland, California 95695

3. Investigator Max Herrera shall return Mr. Magana to the Yuba County Jail by 3:00 p.m. on February 29, 2024. Investigator Herrera IS ORDERED to notify the government and Pretrial Services immediately if Mr. Magana is non-compliant with these conditions of release.

4. Defendant Magana will be subject to the terms and conditions set forth in the Notice to Defendant Being Released, attached hereto as Exhibit A. Defendant Magana shall sign this Notice prior to his release, and it will be filed on the court docket.

**IT IS SO ORDERED**

IT IS SO FOUND AND ORDERED this 27th day of February 2024.

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE