UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSE JAIME VARGAS MAGANA, SR.,<br><br>　　　　Defendant. | Case No.  2:22-cr-00204-DAD<br><br>**ORDER FOR TEMPORARY RELEASE OF PERSON IN CUSTODY** |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release  JOSE JAIME VARGAS MAGANA, SR., Case No.  2:22-cr-00204-DAD, Charge 21 USC § 841(a)(1), from custody for the following reasons:

　　　_____ Release on Personal Recognizance

　　　_____ Bail Posted in the Sum of $ _____

　　　_____ Unsecured Appearance Bond $ _____

　　　_____ Appearance Bond with 10% Deposit

　　　_____ Appearance Bond with Surety

　　　_____ Corporate Surety Bail Bond

　　　__X__ (Other): The defendant is ordered temporarily released from the Yuba County Jail between 8:00 a.m. and 9:00 a.m. on February 29, 2024, to the custody of Mr. Max Herrera, and is further ordered to surrender himself to the Yuba County Jail no later than 3:00 p.m. that same day.

Issued at Sacramento, California on February 28, 2024 at 10:20 AM.

By: _____
　　Magistrate Judge Jeremy D. Peterson